# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-365 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MARCO ANTONIO SERRANO, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Burke's report and recommendation that the Court ACCEPT Defendant Marco Antonio Serrano's ("Defendant") plea of guilty and enter a finding of guilty against defendant. (Doc. No. 23.)

On June 18, 2019, the government filed an Information against defendant. (Doc. No. 18.) On July 18, 2019, this Court issued an order assigning this case to Magistrate Judge Burke for the purpose of receiving defendant's guilty plea. (Doc. No. 19.)

On July 26, 2019, a hearing was held in which defendant entered a plea of guilty to Count 1 of the Information, charging him with Possession of a Controlled Substance with the Intent to Distribute, in violation of 21 U.S.C. Section 841 (a)(1). Magistrate Judge Burke received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 23.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Count 1 in violation of 21 U.S.C. Section 841 (a)(1). The sentencing will be held on November 6, 2019 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: September 13, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**